# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| William B. Logan Jr., | Case No. 19 C 1875 |
| Plaintiff, | Judge Marvin E. Aspen |
| v. | |
| BH 92 Trucking, Inc., et al., | |
| Defendants. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that I have filed with the clerk of the United States District court for the Northern District of Illinois, Eastern Division, this 12th day of September, 2019, the attached **Plaintiff's Petition for Fees and Case Cost**, in the above captioned matter.

RESPECTFULLY SUBMITTED,

By: s/Michael I. Leonard
One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael I. Leonard, hereby certify that I have caused to be served via certified mail a copy of the aforementioned documents on the parties whom said notice is direct on this 12th day of September 2019.

RESPECTFULLY SUBMITTED,

By: s/Michael I. Leonard
One of the Attorneys for Plaintiff

LEONARDMEYER, LLP
Michael I. Leonard
Rebecca Chacko
120 North LaSalle, 20th Floor
Chicago, Illinois 60602